Michael BOWLING, Plaintiff–Appellee,

v.

HASBRO, INC., Defendant–Appellant.

No. 2009–1039.

United States Court of Appeals,
Federal Circuit.

Dec. 17, 2008.

Thomas J. Leach III, Merchant & Gould P.C., Minneapolis, MN, for Plaintiff–Appellee.

David K.S. Cornwell, Sterne, Kessler, Goldstein & Fox, Washington, DC, for Defendant–Appellant.

ON MOTION

*ORDER*

Upon consideration of the appellant's unopposed motion to reinstate this appeal, which was dismissed for failure to pay the docketing fee, the docketing fee now having been paid,

IT IS ORDERED THAT:

The motion is granted. The mandate is recalled, the November 25, 2008, 318 Fed. Appx. 899, dismissal order is vacated, and the appeal is reinstated.

Logan JOHNSON, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2008–3253.

United States Court of Appeals,
Federal Circuit.

Dec. 17, 2008.

Arthur R. Ehrlich, Goldman & Ehrlich, Chicago, IL, for Petitioner.

ON MOTION

*ORDER*

Upon consideration of the petitioner's motion for reconsideration of the court's November 10, 2008, —— Fed.Appx. ——, 2008 WL 5999780, order dismissing this petition for review for failure to file a joint appendix, the joint appendix now having been received,

IT IS ORDERED THAT:

The motion is granted. The mandate is recalled, the dismissal order is vacated, and the petition for review is reinstated.